# United States District Court
# Eastern District of California

| | |
|---|---|
| FELIX ALBINO MARTINEZ<br>Plaintiff(s)<br><br>V.<br><br>Markwayne MULLIN, et al.<br>Defendant(s) | Case Number: 1:26-cv-06378-EJD<br><br>APPLICATION FOR PRO HAC VICE<br>AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Karen S. Monrreal Salazar hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

FELIX ALBINO MARTINEZ

On 05/17/2017 (date), I was admitted to practice and presently in good standing in the Nevada Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/06/2026 Signature of Applicant: /s/ Karen S. Monrreal

**Pro Hac Vice Attorney**

Applicant's Name: Karen S. Monrreal Salazar

Law Firm Name: Law Office of Karen S. Monrreal

Address: 601 S. Arlington Avenue

City: Reno State: NV Zip: 89509

Phone Number w/Area Code: (775) 826 2380

City and State of Residence: Reno, Nevada

Primary E-mail Address: karen@monrreallaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Natalia V. Santanna, Esq.

Law Firm Name: Santanna Law

Address: PO BOX 7528

City: Oakland State: CA Zip: 94601

Phone Number w/Area Code: (510) 922 0154 Bar # 337502

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 27, 2026

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE